**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) QuiBids LLC )<br>(2) QuiBids Holdings LLC, )<br>)<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>(1) Louis Carbonneau )<br>(2) Tangible IP LLC )<br>(3) Leigh M. Rothschild )<br>(4) Ariel Inventions, LLC )<br>(5) Atanu Das )<br>)<br>      Defendants. ) | Civil Action No. 13-cv-00419-HE |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against all defendants.

Date: August 28, 2013

/s Joseph P. Titterington
Joseph P. Titterington
jtitterington@dunlapcodding.com
DUNLAP CODDING, PC
609 West Sheridan Ave.
Oklahoma City, OK 73102
Telephone:   (405) 607-8600
Facsimile:    (405) 607-8686